# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. CR 1 2 0   0 6 5 |
| | ) |
| v. | ) 21 U.S.C. § 841(a)(1) |
| | ) Possession With Intent to |
| MAURICE ANTWAIN DIGGS | ) Distribute Controlled Substances |
| | ) (Methamphetamine, Heroin, and |
| | ) Marihuana) |
| | ) |
| | ) 18 U.S.C. § 924(c) |
| | ) Possession of Firearms in |
| | ) Furtherance of a Drug |
| | ) Trafficking Crime |
| | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of Firearms by a |
| | ) Prohibited Person |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Possession With Intent to Distribute Controlled Substances (Methamphetamine, Heroin, and Marihuana)*
21 U.S.C. § 841(a)(1)

On or about October 21, 2019, in Richmond County, within the Southern District of Georgia, the defendant,

**MAURICE ANTWAIN DIGGS,**

did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance; a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; and marihuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO
*Possession of Firearms in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about October 21, 2019, in Richmond County, within the Southern District of Georgia, the defendant,

### MAURICE ANTWAIN DIGGS,

did knowingly possess firearms, to wit, a Glock 19 GEN 4 9mm pistol, a Century Arms C39V2 7.62x39 caliber pistol, a Smith & Wesson SD9VE 9mm pistol, and a Stevens 15 .22 caliber rifle, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Possession With Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT THREE
*Possession of Firearms by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about October 21, 2019, in Richmond County, within the Southern District of Georgia, the defendant,

### MAURICE ANTWAIN DIGGS,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit, a Glock 19 GEN 4 9mm pistol, a Century Arms C39V2 7.62x39 caliber pistol, a Smith & Wesson SD9VE 9mm pistol, and a Stevens 15 .22 caliber rifle, all of which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of the Title 18 offenses, the Defendant **MAURICE ANTWAIN DIGGS** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense(s), including, but not limited to, a Century Arms C39V2 7.62x39 caliber pistol, S/N C39V2A345582, and a Stevens 15 .22 caliber rifle, S/N unknown.

Additionally, upon conviction of an offense under Title 21, the Defendant **MAURICE ANTWAIN DIGGS** shall forfeit to the United States, pursuant to Title 21, United States Code Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

*(signatures follow on next page)*

A True Bill.

_____

/s/ David H. Estes

David H. Estes
First Assistant United States Attorney

Karl Knoche
Assistant United States Attorney
Chief, Criminal Division

Tara M. Lyons
Assistant United States Attorney
Lead Counsel

Jennifer A. Stanley
Assistant United States Attorney