UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 1:20-cr-065 |
| ) | |
| MAURICE ANTWAIN DIGGS ) | |

**GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE OR LIMIT CERTAIN DEFENSE STATEMENTS AND ARGUMENTS AT TRIAL**

Now comes the United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorneys, and files the following Motion in Limine to Exclude or Limit.

1. Statements and Argument Regarding Penalties

The Government moves to prohibit the defense, through direct or cross-examination of witnesses or through his own testimony, statements, or argument, from eliciting statements or making arguments regarding the potential penalties Defendant may receive at sentencing, should he be convicted at trial of the charges against him. The Government anticipates that Defendant may attempt to argue that the possible penalties he faces are unduly harsh and that he should not be sentenced to confinement but should instead receive drug treatment. First, the application of a penalty is irrelevant to determining whether Defendant is guilty of any given charge. Defendant's sentence would not, in any event, be determined at trial. Accordingly, testimony and argument as to a potential penalty is irrelevant. *See* F.R.E. 401. Second, the applicability of a given penalty is a legal question, and witnesses may not

1

make legal conclusions. *See Cook ex rel. Estate of Tessier v. Monroe Cty.*, 402 F.3d 1092, 1112 n.8 (11th Cir. 2005). Accordingly, testimony regarding any penalties that may apply to Defendant should be excluded.

WHEREFORE, for the foregoing reasons, the Government respectfully requests that the Court exclude statements and arguments regarding penalties during the trial of this case.

Respectfully submitted this 12th day of November, 2021.

    DAVID H. ESTES
    ACTING UNITED STATES ATTORNEY

    */s/ Tara M. Lyons*
    Tara M. Lyons
    South Carolina Bar No. 16573
    Assistant United States Attorney
    United States Attorney's Office
    Southern District of Georgia
    P.O. Box 2017
    Augusta, GA 30903
    T: (706) 826-4532
    Email: tara.lyons@usdoj.gov

    */s/ Jennifer A. Stanley*
    Jennifer A. Stanley
    Assistant United States Attorney
    Alabama Bar No. 8400E77T
    United States Attorney's Office
    Southern District of Georgia
    Post Office Box 2017
    Augusta, Georgia 30903
    T: (706) 826-4525
    Email: jennifer.stanley@usdoj.gov

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | Case No. 1:20-cr-065 |
| ) | |
| **MAURICE ANTWAIN DIGGS** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE OR LIMIT CERTAIN DEFENSE STATEMENTS AND ARGUMENTS AT TRIAL** on the Defendant via regular mail.

This 12th day of November, 2021.

> DAVID H. ESTES
> ACTING UNITED STATES ATTORNEY
>
> *s/ Jennifer A. Stanley*
> Jennifer A. Stanley
> Assistant United States Attorney
> Alabama Bar No. 8400E77T
> United States Attorney's Office
> Southern District of Georgia
> Post Office Box 2017
> Augusta, Georgia 30903
> T: (706) 826-4525
> jennifer.stanley@usdoj.gov